UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BUCHANAN,<br><br>    Plaintiff,<br><br>v.<br><br>ADMINISTRATIVE OFFICE OF COURTS,<br><br>    Defendant. | Case No. 20-cv-05976-PJH<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 5 |

Plaintiff in the above matter having failed to timely file an amended complaint correcting the deficiencies identified by Magistrate Judge Kim in her Screening Order (Dkt. 5),

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff is ordered to file a written response to this order by **Monday, January 4, 2021**. If plaintiff fails to file such response, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 11, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge