UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BUCHANAN,

    Plaintiff,

v.

ADMINISTRATIVE OFFICE OF COURTS,

    Defendant.

Case No. 20-cv-05976-PJH

**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 12

On December 11, 2020, the court ordered plaintiff in the above-entitled action to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Dkt. 12. The court ordered that plaintiff file such response by January 4, 2021. Id. The court cautioned that, if plaintiff failed to do so, the court would dismiss this action for failure to prosecute. Id.

To date, plaintiff has failed to file any such response. Given that, the court **DISMISSES** this action **WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 10, 2021

                                                    */s/ Phyllis J. Hamilton*
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge