UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BUCHANAN,<br><br>   Plaintiff,<br><br>  v.<br><br>ADMINISTRATIVE OFFICE OF COURTS,<br><br>   Defendant. | Case No. 20-cv-05976-PJH<br><br>**JUDGMENT** |

  The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

  it is Ordered and Adjudged

  that plaintiff take nothing, and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 10, 2021

               /s/ *Phyllis J. Hamilton*
               PHYLLIS J. HAMILTON
               United States District Judge